**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594(ASD) |
| **MARATHON HEALTHCARE CENTER OF NORWALK, LLC** | ) | CHAPTER 7 |
| --------------------------------- | ) | ADV. PRO. NO. 10-02032 |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| Plaintiff, | ) | |
| v. | ) | September 27, 2010 |
| **VALUE HEALTHCARE SERVICE, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S LIST OF EXHIBITS**

The Plaintiff Trustee hereby respectfully submits this list of exhibits to be offered at trial:

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Statement of Account, Invoice PH888010 |
| B | Billing Report, 2 Pages (identified as pages 12 and 13) |
| C | Payment Request Voucher re: Invoice PH888010 Invoice date 12-31-07 |
| D | Statement of Account, Invoice PH899801, Pages 1 and 39 |
| E | "Invoice Patient List" Invoice Number 899801 |
| F | Payment Request Voucher re: Invoice#PH899801 Invoice Date: 1-31-08 |
| G | Check Stub; Check Number 003515 |
| H | Check Number 3515 |
| I | Check Number 3581 |
| J | Spreadsheet (Excel) prepared by Michelle Scarpa after copying and pasting the information from the vendor inquiry screen of Solomon software. |
| K | Report of Richard P. Finkel, Blum Shapiro, with Exhibits 1-4 and Appendices A-C. |

The Court will be asked to take judicial notice of pleadings of record in this bankruptcy case, to include: the Debtor's Petition; the Debtor's Bankruptcy Schedules; the Debtor's Statement of Financial Affairs; the Claims Register; and Proofs of Claim filed. If these pleadings are offered and marked as exhibits, they will be marked in sequence. Exhibits to Mr. Finkel's Report, particularly photocopies of checks, may be offered separately and if so will be marked as Exhibits in sequence.

The Plaintiff may subpoena the Defendant to produce certain records at trial pertinent to check number 3581, specifically, the invoice corresponding to it referenced at Exhibit J. If such records are produced, they will be offered as Exhibits, and marked in sequence.

The names of patients have been redacted from Exhibits on which they appear.

FOR THE PLAINTIFF,
Thomas C. Boscarino, Trustee


By:      /s/ John H. Grasso
John H. Grasso ct03651
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Bldg 2, Suite 301
Glastonbury, CT 06033
Tel. (860) 659-5657
Fax (860) 657-4549

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20594(ASD)** |
| **MARATHON HEALTHCARE CENTER OF NORWALK, LLC** | ) | **CHAPTER 7** |
| ---------------------------------- | ) | **ADV. PRO. NO. 10-02032** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
|     **Plaintiff,** | ) | |
|         v. | ) | **September 27, 2010** |
| **VALUE HEALTHCARE SERVICES, LLC** | ) ) | |
|     **Defendant** | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on September 27, 2010 a copy of the foregoing Plaintiff's List of Exhibits was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

Office of the United States Trustee  
Giamo Federal Building  
150 Court Street, Room 302  
New Haven, Ct 06510  

Ivey Barnum & O'Mara, LLC  
Melissa Z. Neier  
170 Mason St  
Greenwich, Ct 06830-6692  

    /s/John H. Grasso  
John H. Grasso ct03651  
Boscarino, Grasso & Twachtman, LLP  
628 Hebron Ave., Bldg 2, Suite 301  
Glastonbury, CT 06033  
Tel. (860) 659-5657  
Fax (860) 657-4549  
jgrasso@bgtlaw.com